**Aji Paul EASWARANKUDYIL; Ninu Kurian, Plaintiffs–Appellants**

v.

**Mark J. HAZUDA, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services; Eric H. Holder, Jr., U.S. Attorney General; Rand Beers, Acting Secretary, Department Of Homeland Security, Defendants–Appellees.**

No. 14–10690

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2015.

Scott Eric Bratton, Margaret W. Wong, Margaret Wong & Associates Co., L.P.A., Cleveland, OH, for Plaintiffs–Appellants.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Defendants–Appellees.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

For the reasons set forth in its Order of May 19, 2014, the district court's Final

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

Judgment of May 19, 2014 is, in all respects, AFFIRMED. *See* 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.